# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| GORDON GARRISON <br> *Plaintiffs* <br> v. <br> NEW FASHION PORK, LLP, et al <br> *Defendants* | ) <br> ) <br> ) Civil Action No. 18-CV-3073-CJW-MAR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plantiff take nothing and this action is dismissed.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by  Judge C.J. Williams  by Order granting Motion for Summary Judgment filed March 27, 2020 (Doc. 99).


Date:  March 27, 2020

*CLERK OF COURT*

s/SKM Deputy Clerk

*Signature of Clerk or Deputy Clerk*